UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLIE BAKER,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 13-cv-12058
Honorable Laurie J. Michelson
Magistrate Judge Mona K. Majzoub

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [21]**

Before the Court is Magistrate Judge Mona K. Majzoub's Report and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Summary Judgment (Dkt. 15), and to Deny Defendant's Motion for Summary Judgment (Dkt. 18). (Dkt. 21, R&R.) At the conclusion of her report, the Magistrate Judge notified the parties that they were required to file any objections within 14 days of service, as provided in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d), and that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (R&R at 15.) No party has filed objections. Having reviewed the Report and Recommendation, and there being no timely objections, the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of this Court. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). It follows that the Court hereby **GRANTS IN PART AND DENIES IN PART** Plaintiff's Motion for Summary Judgment (Dkt. 15), and **DENIES** Defendant's Motion for Summary Judgment.

    **SO ORDERED**.

                s/Laurie J. Michelson
                LAURIE J. MICHELSON
                UNITED STATES DISTRICT JUDGE

Dated: July 25, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 25, 2014.

                                               s/Jane Johnson
                                               Case Manager to
                                               Honorable Laurie J. Michelson